In the Matter of the Probate of the Will of LIZZIE H. HOLME, Deceased.

LEICESTER HOLME, Appellant; EDWIN C. HALL, Executor,. et al., Appellants.

*Matter of Holme*, 167 App. Div. 243, appeal dismissed.
*Matter of Holme*, 167 App. Div. 237, appeal dismissed.
(Argued January 3, 1916; decided January 18, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 9, 1915, which affirmed an order of the New York County Surrogate's Court denying a motion to vacate and set aside a decree admitting to probate the will of Lizzie H. Holme, deceased. Also appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 9, 1915, which reversed an order of the New York County Surrogate's Court granting a jury trial in a contested probate proceeding.

*Edmund L. Mooney* and *John Delahunty* for appellants.

*Payson Merrill* ' and *Charles Thaddeus Terry* for executor, respondent.

*William R. Conklin* and *Harry D. Holden* for Ida A. Cargill et al., respondents.

*Samuel J. Wagstaff* for Annie Molloy et al., respondents.

Appeals dismissed, with one bill of costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, CARDOZO and SEABURY, JJ.